## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

SHAUN JACKSON and                    )
CHRISTOPHER WILSON,                  )
                                     )
    Plaintiffs,                      )
                                     )        **CIVIL ACTION NO.:**
v.                                   )        2:10-cv-02843-MVL-KWR
                                     )
WILSON WELDING SERVICE, INC.,        )
                                     )
    Defendant.                       )

## <u>CONSENT JUDGMENT</u>

    It is hereby ORDERED, ADJUDGED, and DECREED that a judgment by Consent be entered in this cause in favor of Plaintiffs, Shaun Jackson and Christopher Wilson, and against Defendant Wilson's Welding Services, Inc., for the sum of SEVENTY-FIVE THOUSAND AND 00/100THS DOLLARS ($75,000.00), with prejudice.   Costs having been prepaid, the parties shall bear their own fees, costs, and expenses.

    New Orleans, Louisiana this __18th__ day of _____January_____, 2012.


**JUDGE MARY ANN VIAL LEMMON**